```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.,
                                  Plaintiff,

-against-

POLICE OFFICER JANELYN LORENZANA,
POLICE OFFICER DOMINICK VITALE
(SHIELD NUMBER 21711), and THE CITY
OF NEW YORK,
                              Defendants.
------------------------------------------------------------X

16 **CIVIL** 9343 (PGG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 31, 2018, Defendants' motion for summary judgment is granted, and Defendants' motion to strike Plaintiff's sur-reply is denied. Plaintiff's pending motions are denied as moot. This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a non-frivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
         August 31, 2018

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
                            BY: _KMargo_
                                                **Deputy Clerk**